## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT W. SMITH, | : | CIVIL ACTION |
|     Petitioner | : | |
| vs. | : | NO.  96-6160 |
| | : | |
| WARDEN, JOHN KERESTES, et al., | : | |
|     Respondents | : | |

## O R D E R

**AND NOW,** this  23rd     day of January, 2013, upon consideration of the petitioner's "motion for Order" (Document #17), his motions to correct (Documents #24 and #28), and the respondents' responses thereto (Document #19, #22 and #29), IT IS HEREBY ORDERED that the motions are DENIED in their entirety.

IT IS FURTHER ORDERED that any requests filed by the petitioner to amend or correct his original motion under Rule 60(b), though not docketed as "motions," are also DENIED.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:


  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.